UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                                          )    2:08-cv-03107-GEB-EFB
           Plaintiff, )
                                          )
     v. )    ORDER CONTINUING STATUS
                                          )    (PRETRIAL SCHEDULING)
CARMEN HAWTHORNE, d/b/a Sunshine )    CONFERENCE; FED. R. CIV.
Day Spa; JOHN LYDON BYRNE; PATRICK)  P. 4(m) NOTICE
M. BYRNE; PAULINE L. WANNER, )
                                          )
           Defendants. )
                                          )

           Plaintiff, Scott N. Johnson, filed a Request and Proposed Order on March 24, 2009, for continuance of the status conference. The request is granted; therefore, the Status (Pretrial Scheduling) Conference set for April 13, 2009, is continued to May 11, 2009, at 9:00 a.m. A further joint status report shall be filed no later than April 27, 2009.[1]

           Plaintiff is hereby notified that Defendants Carmen Hawthorne, John Lydon Byrne, Patrick M. Byrne and Pauline L. Wanner

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

may be dismissed from this action under Fed. R. Civ. P. 4(m), if not served by April 21, 2009. To avoid dismissal, a proof of service shall be filed showing service on those defendants no later than April 22, 2009.

If Plaintiff believes he has good cause justifying extension of Rule 4(m)'s 120-day service period for these defendants, he shall file a declaration in which "good cause" is shown no later than April 22, 2009.

IT IS SO ORDERED.

Dated: March 26, 2009

GARLAND E. BURRELL, JR.
United States District Judge