UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,)
)  2:08-cv-03107-GEB-EFB
        Plaintiff,)
) ORDER CONTINUING STATUS
   v.) (PRETRIAL SCHEDULING)
) CONFERENCE; FED. R. CIV.
CARMEN HAWTHORNE, d/b/a/ Sunshine ) P. 4(m) NOTICE
Day Spa; JOHN LYDON BYRNE; )
PATRICK M. BYRNE; PAULINE L. )
WANNER,)
)
        Defendants.)

Plaintiff's Request and Proposed Order Re Request for Continuance of Status Conference ("Proposed Order") filed April 23, 2009, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for May 11, 2009, is continued to June 29, 2009, at 9:00 a.m. A further joint status report shall be filed no later than (14 days prior).[1]

Plaintiff's Proposed Order states that the "Plaintiff's process server has been unable to locate the remaining Defendants." Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure **that any defendant not served with process within the 120 day period prescribed in that Rule will be dismissed as a defendant**

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

in this action unless Plaintiff provides proof of service and/or
"shows good cause for the failure" to serve within this prescribed
period.  Since the 120-day period has elapsed, Plaintiff shall
provide proof of service and/or "good cause" for the failure in a
filing due no later than 4:00 p.m. on May 7, 2009.

Dated:  May 5, 2009

GARLAND E. BURRELL, JR.
United States District Judge